

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**ROGER CHRISTOPHER SIMPSON,**<br><br>*Defendant.* | FILED<br>JUN 11 2019<br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By_____<br>Deputy Clerk<br><br>Case No. **CR 19-048-RAW** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### USE OF TELEPHONE TO MAKE BOMB THREAT
### [18 U.S.C. § 844(e)]

On or about January 22, 2019, in the Eastern District of Oklahoma, the defendant, **ROGER CHRISTOPHER SIMPSON**, did, through use of a telephone, willfully make a threat to kill, injure, and intimidate any individual and to damage and destroy a building, vehicle, or other real or personal property, by means of fire and explosive, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 844(e).

BRIAN J. KUESTER
United States Attorney

TRUE BILL:

*[signature]*

Clay A. Compton, OBA #19781
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
**FOREPERSON OF THE GRAND JURY**

1